# Order

Michigan Supreme Court
Lansing, Michigan

September 5, 2014

148653 & (45)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK ALLEN BENNETT,
     Defendant-Appellant.

SC: 148653
COA: 310850
Bay CC: 10-010850-FH

_____/

     On order of the Court, the application for leave to appeal the December 10, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



t0825

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014



Clerk